UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62190-CIV-ALTONAGA/Reid

TNG WORLDWIDE, INC., a Michigan
corporation,

       Plaintiff,

v.

LEVI TOUGER, MORDECHAI TOUGER,
390 AMZ LLC D.B.A. SMALL TOWN
PREMIUM SUPPLEMENTS, ROYAL
MUSIC LLC D.B.A. MIXED BAG MEDIA,
COCONUT DEALS LLC D.B.A. COCONUT
COVE, FLO DEALZ LLC D.B.A. FLOW
DEALZ, AND BOCA DEALS LLC,
INDIVIDUALLY OR AS
CORPORATE/BUSINESS ENTITIES,

       Defendants.
_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff TNG Worldwide, Inc., ("Plaintiff" or "TNG"), through its undersigned counsel, files this Unopposed Motion for an Enlargement of Time. For the reasons set forth herein, the parties respectfully request the Court enter an order enlarging the time for certain deadlines from Friday, January 26, 2024 to Monday, February 26, 2024 so that the parties may complete the resolution of the litigation. Defendants consent to the requested relief.

## FACTUAL BACKGROUND

Plaintiff filed this action alleging infringement of TNG's intellectual property on November 17, 2023. [ECF No. 1] Six of the seven defendants were thereafter served in early December and the Returns of Service for those defendants were filed on December 18, 2023. [ECF Nos. 19-24] Prior to the service of the final defendant, counsel for the parties engaged in multiple

discussions to resolve the dispute and subsequently filed a motion for extension of the then-pending deadlines to further those discussions. [ECF No. 29].  On December 27, 2023, the Court entered an order extending those deadlines to January 26, 2024.  [ECF No. 30].

Counsel for the parties have continued their discussions and believe that an agreement to resolve the litigation is very close.  The parties are finalizing settlement terms and are progressing toward a resolution of all claims.  Therefore, Plaintiff is requesting a brief enlargement of time for the deadlines set forth ECF Number 30 until February 26, 2024.

## ARGUMENT

Federal Rule of Civil Procedure 6(b)(1)(A) provides that the Court may, for good cause, extend a party's time to comply with a Rule before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b)(1)(A).

Here, the parties are diligently working to finalize the terms of the settlement.  They believe that a brief extension of the current deadlines will allow the matter to be resolved without further burden on the Court's resources.  Therefore, and in an effort to avoid unnecessary expense, good cause exists to provide the parties with the brief enlargement they seek.

## CONCLUSION

For the foregoing reasons, the parties have demonstrated that they have acted diligently and good cause exists for this Court to grant a brief enlargement of time.  Plaintiff respectfully requests, on behalf of all parties, the Court enter an order granting this motion and extending the deadlines set forth in Docket Entry No. 30 through and including Monday, February 26, 2024.

**Certification of Good Faith Compliance Pursuant to Local Rule 7.1(a)(3)**

Eric Fingerhut of the law firm Dykema Gossett LLP, counsel for Plaintiff, engaged in discussions and had multiple email exchanges with counsel for Defendants regarding the relief sought herein and the undersigned is authorized to represent that Defendants consent to the requested relief.

Dated:  January 25, 2023

Respectfully submitted,

/s/ Samuel O. Patmore
Samuel O. Patmore
Florida Bar No. 96432
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P. A.
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
Primary: SPatmore@stearnsweaver.com

and

DYKEMA GOSSETT LLP
Eric Fingerhut (*pro hac vice*)
Ryan D. Borelo (*pro hac vice*)
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
(202) 906-8600
efingerhut@dykema.com
rborelo@dykema.com

*Attorneys for Plaintiff*
*TNG WORLDWIDE, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                           */s/ Samuel O. Patmore*
                                           Samuel O. Patmore